DOUGLAS JACKSON 823916 113 G1140S ID:1536686819 [P 1/3]

5:22-CV-313WWBPRL

**You have received a jpay letter, the fastest way to get mail**

From: DOUGLAS JACKSON, ID: 823916
~~To: Justin Pinder, CustomerID: 2235075~~
Date: 7/4/2022 9:25:00 AM EST,    Letter ID: 1536686819
Location: 113
Housing: G1140S

(b)(#392)*[OCALA]*(FELONY CRIMINAL COMPLAINT)

TO:
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
207 N.W. 2ND STREET
OCALA, FLORIDA 34475

FROM:
douglas marshall jackson
dc#823916
residing in FLORIDA DEPARTMENT OF CORRECTIONS (FDC)
@ FRANKLIN CORRECTIONAL INSTITUTION (FCI)
1760 HIGHWAY 67 NORTH
CARRABELLE, FLORIDA

---

## F E L O N Y    C R I M I N A L    C O M P L A I N T

---

In the Name and and by the Authority of "The Preamble" for The Class of "We the People", The United States Constitution and the State of Florida Constitution, respectively.

That, I AM THAT I AM, The Honorable douglas marshall jackson, a "living Man" made in the image of Almighty Yahweh (G-D), GENESIS 1:26-27, 2:7, THE HOLY BIBLE, is a "Preamble" Class of "We the People", a Private Citizen, State of Florida, residing in FRANKLIN COUNTY, FLORIDA, @ FRANKLIN CORRECTIONAL INSTITUTION (FCI), 1760 Highway 67 North, Carrabelle, Florida, CHARGES, that:

(a) RICKY D. DIXION,
Secretary
for FLORIDA DEPARTMENT OF CORRECTIONS (FDC)
501 South Calhoun Street
Tallahassee, Florida 32300-2500

(b) JOHNNY FRAMBO,
Chaplaincy Service Administrator
for FLORIDA DEPARTMENT OF CORRECTIONS (FDC)
501 South Calhoun Street
Tallahassee, Florida 32300-2500

(c) J. BALDRIDGE,
Warden
for FLORIDA DEPARTMENT OF CORRECTIONS (FDC)
@ SUMTER CORRECTIONAL INSTITUTION (FCI)
9544 County Road 476-B
Bushnell, Florida 33513

(d) R. SCHMITT,
Assistant Warden for Programs
for FLORIDA DEPARTMENT OF CORRECTIONS (FDC)
@ SUMTER CORRECTIONAL INSTITUTION (FCI)
9544 County Road 476-B
Bushnell, Florida 33513, and

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

**You have received a jpay letter, the fastest way to get mail**

From : DOUGLAS JACKSON, ID: 823916
To: Justin Pinder, CustomerID: 22350756
Date : 7/4/2022 9:25:00 AM EST,   Letter ID: 1536686819
Location : 113
Housing : G1140S

(e) A. DOUGHERTY,
Administrative Lieutenant
for FLORIDA DEPARTMENT OF CORRECTIONS (FDC)
@ SUMTER CORRECTIONAL INSTITUTION (FCI)
9544 County Road 476-B
Bushnell, Florida 33513

on a DAILY BASIS starting April 2019 through July 2020 (Month of Retaliatory Transfer) in the County of Sumter and State of Florida, with malice, criminal intent and knowledge have willfully, deliberately 100% "SUBSTANTIALLY BURDENED" and "BLANKET-DENIED" any and all Religious Liberties, Religious Freedoms, and Religious Exercises against Almighty Yahweh's divine, sacred, holy (set-apart) and created Original Ancient Tribal African Hebrew (Jewish) "Way-of-life" Religious Assembly (The Church) divinely named --- "AFROCENTRIC BAYITH YAHWEH YAHDAIN AFRICAN HEBREWS ('ABYYAH')", --- a Florida Corporation and Non-Profit Organization, License Number N20000002791, "CERTIFIED" by the Florida Department of State to be a "VALID" Religion within the State of Florida.

That, the foregoing named Public Officials acts of omissions and/or commissions is in direct contempt of The U.S. Congress enacted Federal law TITLE 42 U.S.C. 2000cc Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA") holding that:

> "No government shall impose a SUBSTANTIAL BURDEN on
> the religious exercise of a person residing in or confined to an
> institution..."

and, is contrary to TITLE 18 U.S.C. FEDERAL CRIMINAL CODE:

COUNT 1:
Section 241 Conspiracy against Rights,
and shall be fined under this title or imprisoned not more than ten years

COUNT 2:
Section 242 Deprivation of rights under color of law,
and shall be fined under this title or imprisoned not more than one year, and

COUNT 3:
Section 247 obstruction of persons in the free exercise of religious beliefs,
and shall be fined in accordance with this title and imprisonment for not more than one year, or both.

That, the U.S. Supreme Court have previously ruled that a violation of Federal law TITLE 42 U.S.C. 2000cc Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA") constitute "IRREPARABLE HARM"!!! See, ELROD V. BURNS, 427 U.S. 347 @ 373 (1976). See, also, UNITED STATES OF AMERICA V. SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, Case No:1:12-cv-22958-PAS, citing ELROD, supra.

Therefore, the above Public Officials have been previously ADMONISHED by the Federal Courts!!!

WHEREFORE, the Undersigned "We the People" duly demands that criminal charges be filed immediately and the above Public Officials be prosecuted to the fullest extent of the law, to include fines and federal imprisonment, accordingly.

EXECUTED on this ___8___ day of JULY, 2022 A.Y.

Respectfully submitted,

by:_____
   douglas-marshall jackson,
   "We the People",
   by Special Appearance,

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

**DOUGLAS JACKSON 823916 113 G1140S ID:1536686819 [P 3/3]**

You have received a *jpay* letter, the fastest way to get mail

From : DOUGLAS JACKSON, ID: 823916

Date : 7/4/2022 9:25:00 AM EST,    Letter ID: 1536686819
Location : 113
Housing : G1140S

Claimant.

Ann Marie Crutchfield
Notary Public
State of Florida
Comm# HH084582
Expires 1/25/2025

NOTARY STAMP, SEAL AND WITNESSES

THAT, the foregoing "INSTRUMENT" was acknowledged before Me, the Underedsigned NOTARY PUBLIC and OFFICIAL on this ___8___ day of JULY 2022 A.Y., by douglas marshall jackson/DOUGLAS MARSHALL JACKSON, DC#823916, who identified this "INSTRUMENT" as his "FELONY CRIMINAL COMPLAINT" and did sign this "INSTRUMENT" willingly.

THAT, douglas marshall jackson/DOUGLAS MARSHALL JACKSON, DC#823916, is personally known to Me and did produce an I.D. CARD as proper identification.

STATE OF FLORIDA

COUNTY OF FRANKLIN

SWORN TO and subscribed to before me on this ___8___ day of July, 2022 A.Y.

_____
(Notary Public)

_____ WITNESSES TO THE SIGNING OF DOCUMENT

Witness (#1) _Derreck Williams_____

Witness (#2) _____

cc:

[✓] UNITED STATES MAGISTRATE JUDGE

[ ] douglas marshall jackson/DOUGLAS MARSHALL JACKSON, DC#823916

*jpay* Tell your friends and family to visit www.jpay.com to write letters and send money!

DOUGLAS JACKSON 823916 113 G1140S ID:1536686822 [P 1/2]

You have received a *jpay* letter, the fastest way to get mail

From : DOUGLAS JACKSON, ID: 823916
Date : 7/4/2022 9:25:00 AM EST,   Letter ID: 1536686822
Location : 113
Housing : G1140S

(a)(#392)(COVER LETTER TO U.S. DISTRICT JUDGE)

DATE: July 8th, 2022

FROM:
The Honorable douglas marshall jackson, dc#823916
residing in FLORIDA DEPARTMENT OF CORRECTIONS (FDC)
@ FRANKLIN CORRECTIONAL INSTITUTION (FCI)
1760 HIGHWAY 67 NORTH
CARRABELLE, FLORIDA [32322]

TO:
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
207 N.W. 2ND STREET
OCALA, FLORIDA 34475

RE:< FILING OF THE PREAMBLE "WE THE PEOPLE" PRIVATE CITIZEN'S CRIMINAL COMPLAINT AGAINST PUBLIC OFFICIALS > _____

Dear The Honorable UNITED STATES MAGISTRATE JUDGE,

[1] Shalom and Torah greeting!

[2] By Rule of Law, We the People, Preamble, U. S. Constitution, may file a Felony Action Criminal Complaint before a Magistrate Judge against a Public Official Felony Crimes and Corruptions who have taken an "Oath and Vow" of Office to uphold, defend, enforce and to protect The U.S. Constitution and Federal and State Laws but, have FAILED to do so and continue comit Acts and Crimes of Malfeasance and Perjury to Oath of Office.

[3] That, the filed Felony Action Criminal Complaint must contain a written statement of the essential facts and applicable provisions.

[4] That, If the Felony Action Criminal Complaint is made upon oath before a Magistrate Judge, the Magistrate Judge shall make a determination whether there is a cause to believe an offense has been committed and that the defendant have committed the offense.

[5] That, a Felony Action Criminal Complaint is sufficient if it simply state facts constituting the offense charged. UNITED STATES V. GREENBERG, 320 F.2d 467 (9th Cir. 1963), among others.

[6] Enclosed herein, please find a SWORN AND NOTARIZED --- "FELONY CRIMINAL COMPLAINT" --- against Public Officials, State of Florida, who do receive Federal Program Funds but, have embezzled, stolen and misappropriated the Federal Programs Funds and have willfully REFUSED to provide ANY Religious Accommodations despite the provided "Federal Programs Funds" in contempt and direct violation of Federal Law TITLE 42 U.S.C. 2000cc Religious Land and Institutionalized Persons Act 2000 ("RLUIPA"), respectively.

[7] That, the FLORIDA DEPARTMENT OF CORRECTIONS (FDC) has a habitual habit of accepting "Federal Programs Funds" only to then steal, embezzle or misappropriate the "Funds" and to provide NO needed or entitled "Programs" to Florida Prisoners.

[8] That, this instance is just ANOTHER repeated example of where this has be done again and again against 100's and 1000's of Indigenous Ancient Tribal African Hebrew (Jewish) People "residing in or confined to an institution"

*jpay* Tell your friends and family to visit www.jpay.com to write letters and send money!

DOUGLAS JACKSON 823916 113 G1140S ID:1536686822 [P 2/2]

**You have received a jpay letter, the fastest way to get mail**

From : DOUGLAS JACKSON, ID: 823916

Date : 7/4/2022 9:25:00 AM EST,   Letter ID: 1536686822
Location : 113
Housing : G1140S

under TITLE 42 U.S.C. § 2000cc Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA").

[9] That, the named Public Officials herein are "CORRUPT TO THE CORE" and will NOT obey The U.S. Constitution or Federal Law, nor will they do the right thing despite being compelled and pleaded to do so by The Claimants at Law Church for many months and years. Nothing has worked!!!

[10] Enough is enough!!!

[11] That, The Church is being "DAILY" severely and overwhelmingly "IRREPARABLE HARMED", "IRREPARABLE DAMAGED", and "IRREPARABLE VICTIMIZED ", by the Defendant Public Officials. See, ELROD V. BURNS, 427 U.S. 347 @ 373 (1976). See, also, UNITED STATES OF AMERICA V. SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, Case No:1:12-cv-22958-PAS, citing ELROD, supra.

[12] We, the Church, thank you in advance.

[13] Have a lovely day.

[14] Shalom!!!

WHEREFORE, may Your Honor Magistrate Judge please accept and process the enclosed Felony Action Criminal Complaint against named Public Officials herein and take immediate and prompt action to arrest, prosecute, fine and imprison the Criminal Defendant Public Officials so named as required by Rule of Law.

DATED this ___8th___ day of JULY 2022, A.Y.

Respectfully submitted

by:_____
    The Honouable douglas marshall jackson,
"We the People",
Almighty Yahweh's Prophet and Servant for the divine and created
ABYYAH Kingdom of Yahweh Tribal African Hebrews (Jewish)
Religious Assembly (The Church) pursuant to
TITLE 42 U.S.C. § 2000cc RLUIPA ("residing in or confined to an institution")
by Special Appearance,
Sui Juris,
Claimants at Law.

Douglas Marshall Jackson, #823546
c/o FRANKLIN CI
1760 Highway 67 North
Carrabelle, Florida 32322

**LEGAL MAIL**
**SCREENED By USMS**

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
207 N. W. 2nd STREET
OCALA, FLORIDA 34475
34475-6603399

8 JUL 2022  PM 3 L
TALLAHASSEE FL 323